1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  DON LACHONE THOMAS,          )        No. CV 09-2665-VBF(CW)
                                 )
13                  Petitioner,  )        ORDER ACCEPTING REPORT
                                 )        AND RECOMMENDATION OF
14        v.                     )        UNITED STATES
                                 )        MAGISTRATE JUDGE
15  A. WASHINGTON ADDUCI (Warden),)
                                 )
16                  Respondent.  )
    _____)

17

18

19       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20  entire record in this action, as well as the Report and Recommendation

21  of the United States Magistrate Judge.  No objections to the Report

22  and Recommendation have been received.

23

24       Accordingly, **IT IS ORDERED**: (1) that the Report and

25  Recommendation of the United States Magistrate Judge be accepted; and

26  (2) that judgment be entered dismissing this action as moot.

27

28

                                   1

1      **IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of

2    this Order and the Judgment herein on the parties.

3

4    DATED: December 7, 2009

5

6                                          _____

7                                          VALERIE BAKER FAIRBANK
                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28