# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON LACHONE THOMAS, | ) | No. CV 09-2665-VBF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. WASHINGTON ADDUCI (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED: December 7, 2009

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge